.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FRAIL,<br><br>Defendant. | No.  2:22-cv-02277-DAD-KJN (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 13) |

Plaintiff Jean Marc Van den Heuvel, proceeding *pro se* and *in forma pauperis*, initiated this civil action on December 21, 2022.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 30, 2023, the assigned magistrate judge screened plaintiff's complaint and supplemental filings and found that plaintiff's allegations, which are "difficult to understand" and appear frivolous, do "not contain a description of defendant's actions" and do not link "defendant to any violation of federal rights."  (Doc. No. 9.)  The magistrate judge therefore directed plaintiff to file either a first amended complaint or a notice of voluntary dismissal of this action.  (*Id.* at 6.)  Plaintiff did not comply with that order.

Consequently, on November 7, 2023, the assigned magistrate judge issued findings and recommendation recommending that this action be dismissed because plaintiff's complaint fails

1

to state a cognizable claim and fails to cure the deficiencies identified by the magistrate judge in the screening order dated June 30, 2023.  (Doc. No. 5 at 2–3.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  On November 20, 2023, plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 14.)

As with plaintiff's other filings in this action, his objections are difficult to decipher and consist of pages of run-on rambling sentences without punctuation.  Plaintiff's non-sensical rambling does not substantively address the findings and recommendations.  Plaintiff's objections simply provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 7, 2023 (Doc. No. 13) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 30, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2